FILED
2025 JUL 21 02:19 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 25-2-21156-8 SEA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

| | |
|---|---|
| STEPHEN MILLER and KATHRYN MILLER, husband and wife; and their son, GABRIEL JOHN MILLER, <br><br> Plaintiffs, <br><br> v. <br><br> HOME DEPOT U.S.A., INC., d/b/a The Home Depot; and HOME DEPOT PRODUCT AUTHORITY, LLC, <br><br> Defendants. | NO. <br><br> COMPLAINT FOR CIVIL DAMAGES AND REMEDIES |

Pursuant to the constitution, common law, statutes and regulations of the State of Washington, Plaintiffs Miller allege as follows.

## I.    INTRODUCTION

1.    This is a civil action arising from the corporate defendants' tortious misconduct and the design, manufacturing, marketing, sale and use of an unreasonably unsafe consumer product that endangered the public and caused damages and disabling injuries.  The primary purposes of

COMPLAINT FOR DAMAGES - 1

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

EXHIBIT 1
Page 1 of 19

civil tort actions are to encourage safe behavior and products for the public health and safety, to prevent private harms by deterring misconduct, and to fully compensate for the harms caused. As most corporate behavior, including consumer products, is beyond criminal and administrative laws, civil actions such as this are the most effective means of fulfilling these societal goals and providing the "safety insurance policy" enforcement for the public good.

2.    Defendant Home Depot and/or its agents designed, tested, manufactured, advertised, marketed, sold, and continues to sell a Glacier Bay vanity packed inside a cardboard box that contains unsafe **hand holes** prone to tearing and failure, thereby posing a danger to consumers when they handle the package as intended.

3.    Hand holes are pre-cut in corrugated boxes to facilitate manual handling of the boxed product during distribution and improve grip during handling.

4.    Plaintiff STEPHEN MILLER purchased a Glacier Bay vanity in a cardboard box at Home Depot Store in Washington State. After store employees loaded the boxed vanity onto the bed of Mr. Miller's pickup truck, Mr. Miller drove home and prepared to unload it. While Mr. Miller was using the hand holes to reposition the boxed vanity closer to the truck's tailgate for offloading, the left hand hole ripped, as shown below, causing him to fall backwards and to the ground, fracturing his spine.

COMPLAINT FOR DAMAGES - 2

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

EXHIBIT 1
Page 2 of 19



5.    As a result, Plaintiff Miller sustained permanent, disabling, and life-altering injuries including a spinal cord injury at C5-C6 that requires lifelong care.

6.    Plaintiffs file this lawsuit in part to further the "safety-insurance policy" of Washington law, which encourages safe conduct and products and prohibits conduct that "unreasonably endanger[s] the safety and health of the public," *Alejandre v. Bull,* 159 Wn.2d 674, 682 (2007), to foster and supplement the enforcement of Washington State's product safety laws, for reasonable compensation and to help protect innocent members of the public who justifiably rely on engineers and other professionals to comply with safety laws and applicable standards of conduct. *Eastwood v. Horse Harbor Found., Inc.,* 170 Wn.2d 380, 407 (2010) ("We impose these duties to protect innocent parties ..."; Chambers, J., concurring); *Maynard v. Sisters of Providence,* 72 Wn. App. 878, 884 n.5 (1994) ("One purpose of tort law is to reduce injuries.").

COMPLAINT FOR DAMAGES - 3

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

EXHIBIT 1
Page 3 of 19

7. Plaintiffs also bring this lawsuit to deter future conduct by Home Depot and its agents that is hazardous, reckless, negligent, and otherwise in violation of the law, and for full compensation as required. *Stanton v. Bayliner Marine Corp.*, 123 Wn.2d 64, 86 (1993), citing *Wash. Water Power Co. v. Graybar Elec. Co.*, 112 Wn.2d 847 (1989) (Washington has interests "in deterring the manufacture and dissemination of dangerous products"); *Singh v. Edwards Lifesciences, Corp*, 151 Wn. App 137, 146 (2009), citing *Zenaida-Garcia v. Recovery Systems Tech.*, 128 Wn. App 256, 264-5 (2005) ("Washington's statute of repose expresses a policy of deterrence of tortious conduct which encourages manufacturers to make safe products for consumers"); *Johnson v. Spider Staging Corp.*, 87 Wn.2d 577, 583 (1976) ("'the sting of unlimited recovery . . . more effectively penalize(s) the culpable defendant and deter(s) it and others similarly situated from such future conduct'"); *Davis v. Baugh Indus. Contractors*, 159 Wn.2d 413, 419-20 (2007) (noting deterrence and compensatory purposes of civil lawsuits); *Mohr v. Grantham*, 172 Wn.2d 844, 856 (2011) (same).

## II.    PARTIES

8. Plaintiffs STEPHEN MILLER and KATHRYN MILLER, at all times relevant and material to this Complaint, have been a married couple and residents of the State of Washington.

9. Plaintiff GABRIEL JOHN MILLER is the natural son of Stephen and Kathryn Miller.

10. Upon information and belief, the HOME DEPOT defendants are registered and did do business in the State of Washington, including the marketing and sale of the relevant product.

11. Upon information and belief, Defendant HOME DEPOT U.S.A., INC. (hereinafter

COMPLAINT FOR DAMAGES - 4

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

EXHIBIT 1
Page 4 of 19

referred to as "HOME DEPOT") is, and has been at all times relevant to this matter, a Delaware corporation with its principal place of business in Atlanta, Georgia. Upon further information and belief, HOME DEPOT is, and has been at all times relevant to this matter, a wholly owned subsidiary of The Home Depot, Inc., a Delaware corporation, and is registered to do business in the State of Washington. HOME DEPOT may be liable for exemplary damages in accord with the state of its incorporation and/or place of business. To the extent HOME DEPOT acted in concert with or as an agent and employee of its co-defendant, HOME DEPOT PRODUCT AUTHORITY, LLC, HOME DEPOT acted within the course and scope of its authority as such an agent and employee and with the consent of its co-defendant.

12.    Upon information and belief, HOME DEPOT at all times relevant to this matter owns and operates approximately 2,335 retail stores located throughout the United States[1] and 47 stores in Washington State, including "The Home Depot #4732," located in Washington.[2] HOME DEPOT, through these retail stores, markets, sells, and/or distributes home improvement products, including Glacier Bay bathroom products.

13.    Upon information and belief, Defendant HOME DEPOT PRODUCT AUTHORITY, LLC (hereinafter referred to as "HDPA") is, and has been at all times relevant to this matter, a Georgia limited liability company with its principal place of business in Atlanta, Georgia. Upon further information and belief, HDPA is, and has been at all times relevant to this matter, a wholly owned subsidiary of The Home Depot, Inc., and is registered to do business in

---

[1] HOME DEPOT's 2023 Annual Report, available at https://ir.homedepot.com/~/media/Files/H/HomeDepot-IR/2024/_2023_HD%20Annual%20Report%20-%20Combined%20IRsite_VF.pdf, p. 1 (last visited Jan. 13, 2025).
[2] https://www.homedepot.com/l/WA (last visited Jan. 13, 2025).

COMPLAINT FOR DAMAGES - 5

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

EXHIBIT 1
Page 5 of 19

the State of Washington. HDPA may be liable for exemplary damages in accord with the state of its incorporation and/or place of business. To the extent HDPA acted in concert with or as an agent and employee of its co-defendant, HOME DEPOT, HDPA acted within the course and scope of its authority as such an agent and employee and with the consent of its co-defendant.

14.    Upon information and belief, HDPA is, and has been at all times relevant to this matter, the registered owner of the "Glacier Bay" trademarks associated with various bathroom accessories, including bathroom vanities, as well as the trademarks related to HOME DEPOT's retail operations conducted under the name of "The Home Depot."

15.    Upon information, Defendants, directly and/or through their overseas agents or companies, are, and have been at all times relevant to this matter, engaged in the business of designing, manufacturing, testing, inspecting, producing, distributing, marketing, advertising, and/or selling home improvement products through their nationwide retail stores. Upon further information and belief, the Glacier Bay vanity at issue and the cardboard box at issue were designed, manufactured, assembled, inspected, and/or tested by one or more Vietnamese companies on behalf of Defendants, as set forth in more detail in Section IV (Unsafe Product) below.

## III.    JURISDICTION AND VENUE

16.    Jurisdiction is proper in the State of Washington because the causes of action as alleged herein arose out of purposeful conduct and activities (to wit, the sale, marketing and transaction of business and/or the commission of a tortious act) within the State of Washington. RCW 4.28.185.

COMPLAINT FOR DAMAGES - 6

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

EXHIBIT 1
Page 6 of 19

17.    Venue is proper in King County pursuant to RCW 4.12.025 because Defendants are registered to do and do transact business in King County, Washington, and Plaintiff was treated for his injuries at Harborview Medical Center in King County. For example, and upon information, there are 47 HOME DEPOT retail stores located in Washington States that are authorized to market, sell, and distribute Defendants' home improvement products and to provide related installation services, 12 of which are located in King County.

## IV.    UNSAFE PRODUCT CAUSED PLAINTIFF STEPHEN MILLER'S INJURIES

18.    The product at issue is a cardboard box (hereinafter referred to as the "subject cardboard box") containing a Glacier Bay "24 in Laundry Sink and Cabinet" kit (hereinafter referred to as the "vanity in question"). The subject cardboard box and the vanity in question will hereinafter be referred to as the "Glacier Bay vanity package," as though they are a single product where appropriate. The model number of the vanity in question is LT2421A1 and the Store SKU number is 1009428870.

19.    The subject cardboard box has two cardboard cut-out hand holes, one on each side (left and right), as depicted below.



*Photographs of the four sides of the subject cardboard box*

COMPLAINT FOR DAMAGES - 7

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

EXHIBIT 1
Page 7 of 19

20. Upon information and belief, the vanity in question was manufactured for Defendants under their brand name "Glacier Bay" by a Vietnamese company, Fortune Industrial (VN) JSC, in or about April 2024, and was advertised, marketed, and sold to consumers in the United States, including the State of Washington, by HOME DEPOT.

21. Upon information and belief, the subject cardboard box was manufactured by a Vietnamese company, Thanh Duong Technology Packaging Co., Ltd. for Defendants.

22. Upon information and belief, Glacier Bay home improvement products, including the vanity in question, are "exclusive to" the Home Depot Defendants.

23. Upon information and belief, the dimensions of the vanity in question without a faucet are: height 35 inches, width 24.1 inches, and depth 21.3 inches. The dimensions of the subject cardboard box are slightly larger than those of the vanity in question and, upon information, the total weight of the Glacier Bay vanity package is approximately 80.6 pounds.

## V.  FACTS

24. On or about July 26, 2024, Plaintiff STEPHEN MILLER purchased the Glacier Bay vanity package, a Glacier Bay Pro Series Single Flush toilet set, and other bathroom accessories at HOME DEPOT's retail store in Washington. Two HOME DEPOT employees used a metal flat cart to transport the Glacier Bay vanity package and other merchandise to Plaintiff's truck and loaded them onto the bed of his pickup truck.

25. The following day, July 27, 2024 at around 11:30 AM Plaintiff STEPHEN MILLER repositioned the Glacier Bay vanity package in his truck bed to prepare it for offloading. Using the left- and right-hand hand holes on the cardboard box, he slid, pushed and/or adjusted the

COMPLAINT FOR DAMAGES - 8

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

EXHIBIT 1
Page 8 of 19

Glacier Bay vanity package several times. During this process, Plaintiff's left hand was positioned in the left-side hand hole while his right hand was in the right-side hand hole, and he used both hands whenever the hand holes were utilized.

26.    As Plaintiff STEPHEN MILLER was repositioning the Glacier Bay vanity package, the cardboard box's left hand hole suddenly and without warning tore and gave way, causing him to lose his balance and fall backward from the truck bed to the ground below.

27.    Plaintiff STEPHEN MILLER was found lying on the gravel ground near the passenger side of his truck. He was airlifted to Harborview Medical Center in Seattle where he was diagnosed with a catastrophic spinal cord injury, sternum and rib fractures, and other permanent and disabling injuries.

## VI.    LIABILITY

28.    Defendants are liable within the meaning of RCW 4.22 et. seq., RCW 7.72 *et. seq.*, RCW 19.86, and the common law, and such conduct or fault proximately caused Plaintiffs' injuries, harm, and damages.

29.    Plaintiffs re-allege and incorporate by reference all other paragraphs of this Complaint as if fully set forth herein. Plaintiffs further incorporate the fruits of expected discovery as to the various additional facts and resulting legal theories. Pending that discovery, Plaintiffs allege the following at this time.

30.    In violation of the Washington Product Liability Act (WPLA), RCW 7.72, *et. seq.* and without sufficient disclosure of material information in violation of the WPLA and Consumer Protection Act (CPA), RCW 19.86 *et. seq.*, the Glacier Bay vanity package, specifically the subject

COMPLAINT FOR DAMAGES - 9

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

EXHIBIT 1
Page 9 of 19

cardboard box, was not reasonably safe. The Glacier Bay vanity package, specifically the subject cardboard box, was unsafe as designed, manufactured, assembled, marketed, distributed, and/or placed into the stream of commerce by Defendants, under the risk utility and/or consumer expectation tests, at least in part because:

    a.  When used for their foreseeable and intended purpose, the cardboard hand holes lacked sufficient load-bearing capacity and/or failed to maintain structural strength and integrity for safe use, resulting in the sudden tearing of the left hand hole and causing Plaintiff to lose balance, fall and sustain catastrophic and life-altering injuries;

    b.  It was foreseeable to Defendants that the Glacier Bay vanity package would be loaded onto and unloaded from pickup-style vehicles due to its size and weight and that consumers would access the truck bed as part of the unloading process;

    c.  It was foreseeable to Defendants that the insufficient load-bearing capacity and/or lack of structural strength and integrity of the cardboard hand holes could cause the hand holes to suddenly tear during foreseeable, normal uses, including moving and unloading the boxed vanity from a truck bed, leading to users losing their balance and falling off the truck bed;

    d.  An ordinary consumer would reasonably expect that the presence of hand holes would indicate that the subject cardboard box is intended to be moved utilizing those hand holes, and would find it unreasonably unsafe to a degree beyond what they would expect should the hand holes fail under these circumstances;

COMPLAINT FOR DAMAGES - 10

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

EXHIBIT 1
Page 10 of 19

e. At the time the Glacier Bay vanity package was designed and manufactured, Defendants knew or should have known the critical importance of having safe hand holes with sufficient structural strength and integrity to allow users to safely move the boxed vanity;

f. The Glacier Bay vanity package was not reasonably safe because Defendants did not warn or instruct users about the risks, dangers, and harm presented by its hand holes; and

g. Defendants knew or should have known about the risks, dangers, and harms posed by the hand holes to consumers who, in the ordinary course of Defendants' business, would have to move the Glacier Bay vanity package from The Home Depot's stores to its intended destination after purchase.

31. The subject cardboard box, including the left hand hole, was in the same condition when the left hand hole ripped and caused Plaintiff's injuries as it was when Defendants sold it to the Plaintiff and loaded it onto Plaintiff's pickup truck. The left hand hole showed no signs of tearing, apparent abnormalities, or defects prior to Plaintiff's fall.

32. As a direct and proximate result of the unsafe design, construction, assembly, warnings, and/or instructions of the Glacier Bay vanity package, the subject cardboard box's left hand hole unexpectedly tore during Plaintiff's foreseeable use, causing him grave injuries and damages, and loss of consortium damages to his wife and son Gabriel Miller.

33. Defendants are at fault and strictly liable for Plaintiffs' injuries, harm, and damages because, at the time of manufacture and at the time the Glacier Bay vanity package left Defendants'

COMPLAINT FOR DAMAGES - 11

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

EXHIBIT 1
Page 11 of 19

control, the likelihood that its unsafe hand holes would cause serious injury similar to Plaintiff STEPHEN MILLER's serious injury outweighed any burden on Defendants to design a cardboard box that was safe for its intended and ordinary use. A safe cardboard hand hole was feasible to design and manufacture, and would have improved the usefulness of the subject cardboard box.

34.    The likelihood that the insufficient load-bearing capacity or structural strength and integrity of the cardboard box's hand hole would cause injuries similar to those suffered by Plaintiff STEPHEN MILLER, and the seriousness of those or similar injuries, rendered Defendants' warnings and instructions, if any, inadequate. Adequate warnings or instructions were feasible to include.

35.    Defendants are at fault and strictly liable to Plaintiffs for their injuries, harm and damages because the Glacier Bay vanity package, specifically the subject cardboard box, was unsafe to an extent beyond which an ordinary user would expect.

36.    Defendants are strictly liable under RCW 7.72.040(2) as manufacturer(s) pursuant to subsections (a) through (e) of RCW 7.72.040(2).

37.    The Glacier Bay vanity package, specifically the subject cardboard box, was not reasonably safe because it did not conform to Defendants' express warranties or to the implied warranties under Title 62A RCW.

38.    Defendants are liable under the Consumer Protection Act, RCW 19.86 *et. seq.* for unfair and deceptive acts in commerce that affected public interest causing injuries, harm and damages to Plaintiffs and others in misrepresenting and/or failing to disclose material information regarding the safety, condition, use, warnings, instructions, safety risks, and other aspects of the

COMPLAINT FOR DAMAGES - 12

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

EXHIBIT 1
Page 12 of 19

product.

39.    Defendants are liable for their negligence because they knew or should have known that the Glacier Bay vanity package's hand holes were unsafe and dangerous, yet continued to market and sell the Glacier Bay vanity package without conducting a proper risk assessment or inspection prior to its sale to the public and without providing adequate warnings and instructions.

40.    Defendants' acts, omissions, and/or violations of statutes and regulations individually and collectively were a proximate cause of Plaintiffs' injuries, harm, and damages.

## VII.    INJURY AND DAMAGES

41.    Plaintiffs re-allege and incorporate by reference all other paragraphs of this Complaint as if fully set forth herein.

42.    Plaintiffs claim all past and future economic and non-economic damages allowed by law, including but not limited to, compensatory damages, loss of consortium damages, attorney fees and costs, exemplary damages, treble damages, delay damages, and pre- and post-judgment interest.

43.    The general and special damages and injuries include, but are not limited to, past and future medical and life care expenses, disability, loss of enjoyment of life, lost earnings and/or lost earning capacity, disfigurement, emotional distress, physical pain and mental suffering, the need for care and household assistance, costs related to investigating and storing the Glacier Bay vanity package, expenses incurred in renovating Plaintiffs' home to accommodate Plaintiff STEPHEN MILLER's injuries and disability, and other out-of-pocket costs or expenses.

44.    As a direct and proximate cause of the acts and omissions of Defendants, Plaintiffs

COMPLAINT FOR DAMAGES - 13

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

EXHIBIT 1
Page 13 of 19

KATHRYN AND GABRIEL MILLER have suffered and will continue to suffer a loss of consortium resulting from the injuries sustained by husband and father Plaintiff STEPHEN MILLER.

## VIII.   PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for relief as follows:

1.    For judgment against Defendants, and each of them, jointly and severally, for all past and future damages to be proven at trial, including general and special damages, economic and noneconomic damages, loss of consortium damages, exemplary damages, and treble damages;

2.    For pre-judgment and post-judgment interest as may be allowed by law;

3.    For all applicable costs, attorney fees, other expenses, and damages as may be allowed by law; and

4.    For such other and further relief as the Court may determine just, proper and/or equitable.

DATED this 21st day of July, 2025.

ROGERS & COVER, PLLC

/s/ James S. Rogers

/s/ Heather M. Cover
James S. Rogers, WSBA #5335
Heather M. Cover, WSBA #52146
Attorneys for Plaintiffs
705 2nd Avenue, Suite 1500
Seattle, WA 98104
Telephone: (206) 621-8525

LUVERA LAW FIRM

/s/ David M. Beninger

/s/ Patricia E. Anderson
David M. Beninger, WSBA # 18432
Patricia E. Anderson, WSBA #17620
Attorney for Plaintiffs

COMPLAINT FOR DAMAGES - 14

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

EXHIBIT 1
Page 14 of 19

E-mail: jsr@jsrogerslaw.com
E-mail: heather@jsrogerslaw.com

701 5th Avenue, Suite 6700
Seattle, WA 98104
Telephone: (206) 467-6090
E-mail: david@luveralawfirm.com
E-mail: patricia@luveralawfirm.com

COMPLAINT FOR DAMAGES - 15

**ROGERS & COVER, PLLC**
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

EXHIBIT 1
Page 15 of 19

**FILED**
2025 JUL 21 02:19 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 25-2-21156-8 SEA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

STEPHEN MILLER and KATHRYN MILLER, husband and wife; and their son, GABRIEL JOHN MILLER,

               Plaintiffs,

      v.

HOME DEPOT U.S.A., INC., d/b/a The Home Depot; and HOME DEPOT PRODUCT AUTHORITY, LLC,

               Defendants.

NO.

SUMMONS

TO THE DEFENDANT(S): HOME DEPOT PRODUCT AUTHORITY, LLC

PLAINTIFFS have started a lawsuit against you in the above-referenced Court. Plaintiffs' claims are stated in the written Complaint, a copy of which is served upon you with this Summons. In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and serve a copy upon the person signing this summons within:

(1) Twenty (20) days after the service of this Summons, excluding the day of service, if service upon you occurred within the State of Washington; or

SUMMONS - 1

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

EXHIBIT 1
Page 16 of 19

(2) Sixty (60) days after the service of this Summons, excluding the day of service, if service upon you occurred outside the State of Washington,

or a default judgment may be entered against you without notice. A default judgment is one where Plaintiffs are entitled to what claimed because you have not responded. If you serve a Notice of Appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

You may demand that Plaintiffs file this lawsuit with the Court. If you do so, the demand must be in writing and served upon the person signing this Summons. Within fourteen (14) days after you serve the demand, Plaintiffs must file this lawsuit with the Court, or the service on you of this Summons and Complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this 21st day of July, 2025.

ROGERS & COVER, PLLC

LUVERA LAW FIRM

/s/ James S. Rogers

/s/ David M. Beninger

/s/ Heather M. Cover
James S. Rogers, WSBA #5335
Heather M. Cover, WSBA #52146
Attorneys for Plaintiffs
705 2nd Avenue, Suite 1500
Seattle, WA 98104
Telephone: (206) 621-8525

/s/ Patricia E. Anderson
David M. Beninger, WSBA # 18432
Patricia E. Anderson, WSBA #17620
Attorney for Plaintiffs
701 5th Avenue, Suite 6700
Seattle, WA 98104
Telephone: (206) 467-6090

SUMMONS - 2

ROGERS & COVER, PLLC
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

EXHIBIT 1
Page 17 of 19

E-mail: jsr@jsrogerslaw.com                E-mail: david@luveralawfirm.com
E-mail: heather@jsrogerslaw.com            E-mail: patricia@luveralawfirm.com

SUMMONS - 3

**ROGERS & COVER, PLLC**
705 Second Avenue, Ste. 1500
Seattle, WA 98104
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

EXHIBIT 1
Page 18 of 19



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 31902642**
**Date Processed: 07/24/2025**

---

**Primary Contact:**        Svea Sharaf
                            The Home Depot, Inc.
                            2455 Paces Ferry Rd SE
                            Atlanta, GA 30339-1834

**Electronic copy provided to:**        Cathy Copeland
                                        Svea Sharaf
                                        Micah Ascano

---

| | |
|---|---|
| **Entity:** | Home Depot Product Authority, LLC<br>Entity ID Number  2483842 |
| **Entity Served:** | Home Depot Product Authority, LLC |
| **Title of Action:** | Miller, Stephen vs. Home Depot U.S.A., Inc., d/b/a The Home Depot |
| **Matter Name/ID:** | Miller, Stephen vs. Home Depot U.S.A., Inc., d/b/a The Home Depot (17649183) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Product Liability |
| **Court/Agency:** | King County Superior Court, WA |
| **Case/Reference No:** | 25-2-21156-8 SEA |
| **Jurisdiction Served:** | Washington |
| **Date Served on CSC:** | 07/22/2025 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Rogers & Cover, PLLC<br>206-621-8525 |

---

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

EXHIBIT 1
Page 19 of 19